UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JOHNNY TIPPINS,

        Plaintiff,                     Case No. 1:21-cv-45

v.                                            Honorable Paul L. Maloney

LES PARISH et al.,

        Defendants.
_____/

**JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.


Dated:   April 22, 2021                        /s/ Paul L. Maloney
                                                         Paul L. Maloney
                                                         United States District Judge